NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANA LUZ GOSWICK,**

*Petitioner*

**v.**

**DEPARTMENT OF DEFENSE,**

*Respondent*

---

2025-1406

---

Petition for review of the Merit Systems Protection Board in No. SF-315H-24-0506-I-1.

---

## **O R D E R**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

2                                                                  GOSWICK V. DEFENSE

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules, and all pending motions are denied as moot.

FOR THE COURT

April 29, 2025
Date

Jarrett B. Perlow
Clerk of Court